PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

Oct 13, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>Geovision Digital Video Recorder (Item #DA700-25 ("Device 1"), a Black Samsung Mobile Telephone (Item #DA700-26) ("Device 2"), and a Black WD External Computer Hard Drive (Item #DA700-27) ("Device 3"), CURRENTLY LOCATED AT DEA Sacramento District Office | REQUEST TO UNSEAL SEARCH WARRANT; [PROPOSED] ORDER<br><br>2:23-sw-0990 AC |

### REQUEST TO UNSEAL

The search warrant in the above-captioned matter has been executed, and there is no need for the warrant or its affidavit to remain under seal. Accordingly, the United States requests that the above-captioned matter be unsealed.

Dated: October 13, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Adrian T. Kinsella*
ADRIAN T. KINSELLA
Assistant United States Attorney

MOTION TO UNSEAL; [PROPOSED] ORDER

**[PROPOSED] ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be unsealed.

Dated: October 13, 2023

_____
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE